# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3241
LT Case No. 16-2001-CF-008346-A

_____

THOMAS J. ANDERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County,
Lindsay L. Tygart, Judge.

Thomas Anderson, Chipley, pro se.

No Appearance for Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____